**JOHN K. PARK, ESQ. (SBN 175212)**
**3255 Wilshire Blvd., Suite 1110**
**Los Angeles, California 90010**
**Telephone: (213) 389-3777**
**Facsimile: (213) 389-3377**
**park@parklaw.com**

Attorneys for Plaintiff,
V.D. REALIZATION INC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.D. REALIZATION INC, a California Corporation, /d/b/a/ VINTAGE POINT,<br><br>Plaintiff<br><br>v.<br><br>RUE21, INC., a Pennsylvania Corporation; CLO Apparel, Inc., a California Corporation; Chi Hwan Jung, an individual; S&J Apparel, Inc.; a California Corporation; Stephen Jung, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants | CASE NO.: 2:15-CV-03777-TJH(Ex)<br><br>**STIPULATION TO DISMISS ACTION [JS-6]**<br><br>Complaint Filed: May 19, 2015<br>Trial Date: Not Set |

1

**ORDER**:

On stipulation of the Parties, this Action is dismissed with prejudice with each party to bear its own costs and attorney's fees.

IT IS SO ORDERED

Dated: November 6, 2015

By:_____
Hon. Terry J. Hatter, Jr.

2